DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONDY L. MCMILLON** and **CANDANCE MCMILLON,**
Appellants,

v.

**DIENET FRAIS,**
Appellee.

No. 4D2023-1328

[February 8, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Hon. Kathleen M. McHugh, Judge; L.T. Case No. COCE23002272.

Michael Van Cleve of Michael Van Cleve, Law, North Miami Beach, for appellants.

Owei Z. Belleh, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***